JOHN M. SKONBERG, Bar No. 069409
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jskonberg@littler.com
E-mail: mpedhirney@littler.com

Attorneys for Defendant
CTX MORTGAGE COMPANY

FILED
MAR 31 2006
RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICHARD CRAIG and KATHLEEN CRAIG,

Plaintiffs,

v.

CENTEX HOMES; CENTEX REAL ESTATE CORPORATION; CTX MORTGAGE COMPANY; DOES 1 through 100, inclusive,

Defendants.

Case No.  C-06-0334 MJJ

STIPULATED EXTENSION OF TIME TO MEET AND CONFER REGARDING INITIAL DISCLOSURES AND COMPLETE INITIAL DISCLOSURES AND STIPULATED POSTPONEMENT OF CASE MANAGEMENT CONFERENCE

Pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, the parties hereby stipulate through their respective counsel of record to: (1) extend the time for meeting and conferring regarding initial disclosures from April 4, 2006 to April 25, 2006; (2) extend the time for completion of initial disclosures or stating objection in Rule 26(f) Report, filing Case Management Statement, and file and serve Rule 26(f) Report from April 18, 2006 to May 9, 2006; and (3) postpone the Case Management Conference until May 16, 2006 or soon thereafter.

The parties agree to this Stipulation in light of the fact that Plaintiffs' Motion to Remand Case to State Court is currently pending before the Court.

STIPULATED EXTENSION OF TIME                1                                    Case No. C-06-0334 MJJ

1    IT IS STIPULATED.
2    Dated: March 29, 2006
3
4
5    MICHAEL G. PEDHIRNEY
     LITTLER MENDELSON
6    A Professional Corporation
     Attorneys for Defendant
7    INTERSTATE HOTELS, L.L.C.
8    Dated: March ___, 2004
9
10
11   MICHAEL J. HASSEN
     JEFFER, MANGELS, BUTLER &
12   MARMARO
     Attorneys for Defendants
13   CENTEX HOMES and CENTEX REAL
     ESTATE CORPORATION
14
15   Dated: March 29, 2006
16
17   PAUL M. MAHONEY
     MAHONEY & SOLL LLP
18   Attorney for Plaintiffs
     RICHARD CRAIG and KATHLEEN CRAIG
19
20       PURSUANT TO STIPULATION, IT IS SO ORDERED.
21   Dated: March 31, 2006
22
23
24   THE HONORABLE MARTIN J. JENKINS
     UNITED STATES DISTRICT JUDGE
25
26
27
28   Firmwide:80943299.1 017870.1015

STIPULATED EXTENSION OF TIME                2.                      Case No. C-06-0334 MJJ

1  IT IS STIPULATED.

2  Dated: March _____, 2006

3

4  _____
5  MICHAEL G. PEDHIRNEY
   LITTLER MENDELSON
   A Professional Corporation
6  Attorneys for Defendant
   INTERSTATE HOTELS, L.L.C.
7

8  Dated: March 29, 2004

9

10 _____
   MICHAEL J. HASSEN
11 JEFFER, MANGELS, BUTLER &
   MARMARO
12 Attorneys for Defendants
   CENTEX HOMES and CENTEX REAL
13 ESTATE CORPORATION

14

15 Dated: March _____, 2006

16

17 _____
   PAUL M. MAHONEY
   MAHONEY & SOLL LLP
18 Attorney for Plaintiffs
   RICHARD CRAIG and KATHLEEN CRAIG
19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 Dated: March _____, 2006

22

23
   _____
24 THE HONORABLE MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE
25

26

27

28 Firmwide:80945299.1 017870.1015

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATED EXTENSION OF TIME    2.    Case No. C-06-0334 MJJ