| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | MICHAEL J. HASSEN (Bar No. 124823) <br> Two Embarcadero Center, Fifth Floor <br> San Francisco, California 94111-3824 |
| 3 | Telephone: (415) 398-8080 <br> Facsimile: (415) 398-5584 |
| 4 | Email: mjh@jmbm.com |
| 5 | Attorneys for Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CRAIG and KATHLEEN CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES; CENTEX REAL ESTATE CORPORATION; CTX MORTGAGE COMPANY, <br><br> Defendants. | CASE NO. C 06-00334 MJJ <br><br> **STIPULATION TO CLARIFY SATISFACTION OF REQUIREMENT TO PARTICIPATE IN COURT PROCEEDINGS AND ADR PROCESS** AND ORDER |

IT IS HEREBY STIPULATED AND AGREED between plaintiffs and defendants as follows:

1. Plaintiffs filed their Complaint on May 18, 2005, in Contra Costa Superior Court, as Case No. C05-01043.

2. On August 16, 2005, defendants Centex Homes and Centex Real Estate Corporation filed a Petition to Compel Arbitration.

3. On or about September 14, 2005, plaintiffs filed an Amended Complaint naming CTX Mortgage Company as a party-defendant.

4. On September 27, 2005, the Contra Costa Superior Court granted the petition of Centex Homes and Centex Real Estate Corporation to compel arbitration.

5. On January 19, 2006, defendant CTX Mortgage Company removed the action to federal court.

6. On or about February 14, 2006, plaintiffs filed a motion to remand this case to state court. The motion to remand was denied by Order of this Court on April 5, 2006.

7. By Order dated April 5, 2006, this Court denied the motion to remand; the Order also acknowledges that Centex Homes and Centex Real Estate Corporation are currently participating in an arbitration with plaintiffs.

8. Because Centex Homes and Centex Real Estate Corporation already have been ordered to arbitrate their dispute with plaintiffs, the proceedings against them in this Court should be stayed until the arbitration has been completed. Accordingly, Centex Homes and Centex Real Estate Corporation do not need to participate in the mediation between plaintiffs and CTX Mortgage Company, or to file documents or appear at various court hearings in this matter.

DATED: May 10, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
MICHAEL J. HASSEN
Attorneys for Defendants CENTEX HOMES and
CENTEX REAL ESTATE CORPORATION

DATED: May 11, 2006

MAHONEY & SOLL

By: _____
PAUL M. MAHONEY
Attorneys for Plaintiffs RICHARD CRAIG and
KATHLEEN CRAIG

DATED: May 10, 2006

LITTLER MENDELSON

By: _____
JOHN M. SKONBERG
Attorneys for Defendant CTX MORTGAGE
COMPANY

PRINTED ON
RECYCLED PAPER

486374v1

**ORDER**

Based on the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that Centex Homes and Centex Real Estate Corporation have fulfilled this Court's requirement of participating in ADR, and are therefore not required to participate in the mediation between the plaintiffs and CTX Mortgage Company.

IT IS HEREBY FURTHER ORDERED that all further proceedings in this matter as to Centex Homes and Centex Real Estate Corporation are stayed pending completion of their arbitration proceeding with plaintiffs. Absent further order of this Court, Centex Homes and Centex Real Estate Corporation need not file documents with the Court or appear at any future court hearings until their arbitration with plaintiffs is complete.

DATED: 5/15/2006

_____
UNITED STATES DISTRICT COURT JUDGE

PRINTED ON
RECYCLED PAPER

496374v1