JOHN M. SKONBERG, Bar No. 069409
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
E-mail: mpedhirney@littler.com

Attorneys for Defendant
CTX MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD CRAIG and KATHLEEN CRAIG,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES; CENTEX REAL ESTATE CORPORATION; CTX MORTGAGE COMPANY; DOES 1 through 100; inclusive,<br><br>Defendants. | Case No. C-06-0334 MJJ<br><br>**STIPULATED DETERMINATION OF PLAINTIFFS' REASONABLE ATTORNEY FEES AND COSTS** AND ORDER |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED DETERMINATION OF
ATTORNEY FEES AND COSTS

Case No. C-06-0334 MJJ

1  The parties hereby stipulate through their respective counsel of record that the
2  reasonable attorney fees and costs incurred by Plaintiffs Richard Craig and Kathleen Craig in
3  pursuing the above-captioned action amounts to a final sum of Twenty Thousand Dollars.
4  **IT IS SO STIPULATED.**
5  Dated: August 17, 2006

_____
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CTX MORTGAGE COMPANY

Dated: August 17, 2006

_____/s/_____
PAUL M. MAHONEY
MAHONEY & SOLL LLP
Attorney for Plaintiffs
RICHARD CRAIG and KATHLEEN CRAIG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __22__, 2006

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Firmwide:81393889.1 017870.1015

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED DETERMINATION OF ATTORNEY FEES AND COSTS

1.

Case No. C-06-0334 MJJ